FILED

2026 Jul-10  PM 03:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIE M. COTTINGHAM,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **Case No. 2:26-cv-795-ACA** |
| | ] | |
| **BIRMINGHAM WATER WORKS,** | ] | |
| | ] | |
| **Defendant.** | ] | |

## MEMORANDUM OPINION

After Plaintiff Willie M. Cottingham, III failed to comply with the magistrate judge's order to replead his complaint, the court ordered him to show cause why the court should not dismiss this action for failure to prosecute and failure to comply with a court order. (Docs. 2, 4, 7). The deadline to respond to that order has passed without a response. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute and failure to comply with a court order.

**DONE** and **ORDERED** this July 10, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE